## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Deneen E. Baker, <br><br> *Debtor*. | Case No. 23-11351-amc <br> Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Motion to Modify Plan filed by Debtor Deneen Baker, after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The modified plan filed at ECF No. 42 is approved.

3. The release between the Debtor, Enterprise Leasing Company of Philadelphia LLC, Azaysha Quest, and Rental Claims Services ("RCS") filed at ECF No. 43-1 is approved.

4. Within fourteen days after the entry of this order, RCS is authorized and directed to:

    a. Pay Honda American Finance Corporation ("HAFC") in the amount of $1,493.63. The payment instrument must clearly state the Debtor's name (Deneen Baker) and the last four digits of her HAFC account number (4884).

    b. Pay the Debtor in the amount of $1,710.12.

5. The Debtor may retain the funds listed in Paragraph 4(a), which have been properly claimed as exempt property.

Date: Jan. 17, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge

CC:   Enterprise Leasing Company of Philadelphia LLC
585 E. Swedesford Rd. Ste. 200
Wayne, PA 19087

Azaysha Quest
c/o Enterprise Leasing Company of Philadelphia LLC
585 E. Swedesford Rd. Ste. 200
Wayne, PA 19087

Rental Claims Services LLC
112 W. 34th St. 18th Floor
New York, NY 10120

American Honda Finance Corporation
P.O. Box 168088
Irving, TX 75016-8088